# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| THE TOX FRANCHISING GROUP, LLC, and THE TOX IP, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No: 3:26-cv-00141 |
| TENNESSEE BODY SCULPTING CO., RACHEL BORYACHINSKIY, GERMAN BORYACHINSKIY, and JOHN DOES 1-2, | ) ) ) ) ) | Judge Crenshaw<br><br>Magistrate Judge Holmes |
| Defendants. | ) ) | |
| TENNESSEE BODY SCULPTING CO., RACHEL BORYACHINSKIY, GERMAN BORYACHINSKIY, | ) ) ) ) | |
| Counter Plaintiff, | ) ) | |
| vs. | ) ) | |
| THE TOX FRANCHISING GROUP, LLC and THE TOX IP, LLC, | ) ) ) | |
| Counter Defendants. | ) | |

## PLAINTIFFS'/COUNTER-DEFENDANTS' MOTION TO DISMISS DEFENDANTS'/COUNTER-PLAINTIFFS' COUNTERCLAIM

Comes now Plaintiffs/Counter-Defendants, **THE TOX FRANCHISING GROUP, LLC** and **THE TOX IP, LLC,** by and through undersigned counsel, pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, and respectfully move this Court for an Order dismissing Defendants'/Counter-Plaintiffs' Counterclaim in its entirety.

As explained in more detail in the Memorandum of Law submitted in support hereof,

1

Defendants'/Counter-Plaintiffs' Counterclaim fails to state a claim upon which relief can be granted because it fails to adequately allege or plead viable causes of action. For these reasons, and those set forth in the accompanying Memorandum of Law, the Court should grant Plaintiffs'/Counter-Defendants' Motion to Dismiss Defendants'/Counter-Plaintiffs' Counterclaim and dismiss the Counterclaim in its entirety with prejudice.

Dated: April 28, 2026.

Respectfully submitted,

*s/Roland W. Baggott III*
Roland W. Baggott III (No. 023428)
BAGGOTT LAW, PLLC
4525 Harding Road, Suite 105
Nashville, Tennessee 37205
(615) 620-4580
(615) 620-4581 (fax)
roland@baggottlaw.com

Evan M. Goldman
(Admitted *Pro Hac Vice*)
THE FRANCHISE FIRM, LLP
225 Wilmington West Chester Pike, Suite 200
Chadds Ford, Pennsylvania 19317
(215) 965-1553
evan@thefranchisefirm.com

*Attorneys for The Tox Franchising Group, LLP
and The Tox IP, LLC*

2

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and exact copy of the foregoing Motion to Dismiss

Defendants' Counterclaims was filed and served via the Court's CM/ECF filing system on

G. Kline Preston IV
Kline Preston Law Group
4515 Harding Pike, Suite 107
Nashville, TN 37205
(615) 649-8680
(866) 610-9565 fax
kpreston@klineprestonlaw.com

Stuart A. Burkhalter (BPR #29078)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 fax
sburkhalter@rjfirm.com

**Attorneys for the Defendants**.


Dated: April 28, 2026                                    *s/Roland W. Baggott III*
                                                          Roland W. Baggott III

3